**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Farnam Street Financial, Inc., | Case No. 20-CV-1452 (SRN/ECW) |
| Plaintiff, | |
| v. | |
| The Riveter, Inc., | |
| Defendant. | |

**ORDER OF RECUSAL AND DIRECTION TO THE**
**CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated January 10, 2020, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated case assignment system.

Dated: June 25, 2020                         s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge